UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **PASSION RAY,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )   No. 3:24-cv-01118 |
| | ) |
| **FEDERAL BUREAU OF** | ) |
| **INVESTIGATION and TIMOTHY W.** | ) |
| **DICKERSON,** | ) |
| | ) |
|     **Defendants.** | ) |

## ORDER

On August 8, 2025, the Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. No. 12) that the Court dismiss this case for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(h)(3). Plaintiff Passion Ray, proceeding pro se, has not filed any timely objections to the R&R, despite the R&R's specific warnings regarding waiver. (Doc. No. 12 at 5–6). Ray did, however, file a response to the Federal Bureau of Investigation's motion to dismiss[1] asking the Court to "Please Dismiss this case." (Doc. No. 9 at 3). Having reviewed the R&R, the Court agrees with the Magistrate Judge that "the Court must dismiss this action in full" because the Complaint does not provide any factual basis for federal question or diversity jurisdiction over this case. (Doc. No. 12 at 5).

Accordingly, the R&R (Doc. No. 12) is **APPROVED AND ADOPTED**, Defendant Federal Bureau of Investigation's Motion to Dismiss (Doc. No. 7) is **GRANTED**, and this case is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction. This is a final

---

[1] The Magistrate Judge noted that "Defendant Timothy W. Dickerson has not appeared in this action." (Doc. No. 12 at 3).

order. The Clerk of the Court shall enter a final judgment in accordance with Federal Rule of Civil Procedure 58 and close this file.

    IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE

2

Case 3:24-cv-01118    Document 13    Filed 08/26/25    Page 2 of 2 PageID #: 49